No. 556, Misc.  JACKSON v. MOORE, WARDEN.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 557, Misc.  STEWART v. OHIO.  Court of Appeals of Ohio, Second Appellate District.  Certiorari denied.

No. 558, Misc.  McCoy v. MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 559, Misc.  JACKSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 602, Misc.  JACKSON v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 564, Misc.  MACMANN v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 565, Misc.  GARROW v. CALIFORNIA.  District Court of Appeal of California, Fourth Appellate District.  Certiorari denied.

No. 566, Misc.  DEFOE v. WEAVER BROS., INC.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Homer Brooks* for petitioner.  *Milton W. King, Bernard I. Nordlinger, Wallace Luchs, Jr.* and *Robert B. Frank* for respondent.

No. 569, Misc.  MORICONI v. MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 573, Misc.  TILL v. SUPERIOR COURT OF SAN MATEO COUNTY, CALIFORNIA.  District Court of Appeal of California, First Appellate District.  Certiorari denied.